IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Forthcoming |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF LAUREN P. BERRET OF EISNER ADVISORY GROUP LLC AS CHIEF RESTRUCTURING OFFICER**

I, Lauren P. Berret, hereby declare under penalty of perjury:

1. I am a Managing Director of Eisner Advisory Group LLC ("EA Group"), which maintains offices at, among other places, One Logan Square, 130 North 18th Street, Suite 3000, Philadelphia, PA 19103. I am duly authorized to make this declaration (the "Declaration") on behalf of EA Group.

2. I submit this Declaration in support of *Application to Approve Employment of Lauren P. Berret of Eisner Advisory Group LLC as Chief Restructuring Officer* ("Application") for authority to retain EA Group to provide Chief Restructuring Office ("CRO") and related financial advisory services to Synergy Reorg, LLC, and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), with me designated to serve as the Debtors' CRO.

3. Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with the Debtors' management and other professionals, members of the EA Group team, or other interested parties, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the Debtors'

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

operations and financial affairs. If I were called to testify, I would testify competently to the facts set forth below. To the extent that any information disclosed herein requires subsequent amendment or modification upon EA Group's completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the Court reflecting the same.

4. I have substantial experience in bankruptcy, restructuring, forensic accounting, financial advisory, and fiduciary matters, including chapter 11 cases, receiverships, liquidations, and other distressed situations. During my career, I have advised debtors, trustees, receivers, creditors, and other fiduciaries and stakeholders in connection with financial and operational restructurings, liquidity management, cash-flow forecasting, asset sales, claims analysis, investigations, and other matters arising in distressed situations.

5. EA Group is one of the country's premier mid-market accounting firms. It has a nationally recognized turnaround and crisis management practice. It is well respected for providing interim turnaround management to stabilize companies in crisis and has provided interim turnaround management services to numerous debtors-in-possession. EA Group professionals have served in or supported CRO, financial advisor, trustee, receiver, and similar roles in bankruptcy and other restructuring proceedings. EA Group is thus well qualified to provide the CRO Services to the Debtors in these Chapter 11 Cases.

6. Prior to the Petition Date, the Debtors engaged EA Group pursuant to an engagement letter dated August 26, 2026 ("Engagement Letter") to provide CRO services and related restructuring and financial advisory services to assist the Debtors in evaluating their financial condition and restructuring alternatives and preparing for a potential chapter 11 filing.

7. Subject to approval of this Application and consistent with the terms of the Engagement Letter, EA Group will provide CRO and other financial advisory services to the Debtors including, but not limited to, the following:

a. Overseeing financial and operational matters during any Chapter 11 proceedings.
b. Assisting with the preparation of bankruptcy schedules, statements, cash flow reporting, and other required financial information.
c. Assisting with asset disposition, claims resolution, and other liquidation activities, as applicable.
d. Overseeing the orderly wind-down of the Company's operations and affairs.
e. Evaluating and assist in obtaining appropriate Directors and Officers ("D&O"), CRO, and other applicable insurance coverage.
f. Performing such other restructuring and financial advisory services as may be necessary or appropriate in connection with the engagement.

8. Subject to this Court's approval and as set forth in the Engagement Letter, the Debtors and EA Group have agreed to the following to the following compensation and expense structure in consideration for the services to be rendered by EA Group in these Chapter 11 Cases:

a. The fee for the CRO Services will be Ms. Berret's standard hourly rate of $775 per hour and include the services performed by Ms. Berret

b. Additional EA Group personnel assisting Ms. Berret will be billed at EA Group's standard hourly rates as follows:

| | |
|---|---|
| Partners/Director | $700 - $995 per hour |
| Managers/Senior Managers | $390 - $600 per hour |
| Paraprofessionals/Senior | $295 - $350 per hour |

c. The Debtors shall reimburse EA Group for direct expenses and allocated expenses incurred in connection with the performance of its services. Direct expenses include reasonable and customary out-of-pocket expenses such as travel, meals, accommodations, investigative reports, and other expenses specifically related to this engagement.

9. EA Group has advised the Debtors that the hourly rates set forth above are subject to periodic adjustments and that EA Group will notify the Debtors in advance of any future rate increases.

10. Prior to the Petition Date, EA Group received an initial retainer in the amount of $25,000.00 to be applied to its professional fees, charges and disbursements for the Engagement. As of the Petition Date, after applying the Cash on Account to unpaid pre-filing fees, charges and disbursements, there remains a balance of $232.50, which will be applied to EA Group's final invoice.

11. Except as otherwise set forth herein, to the best of my knowledge, information, and belief, neither EA Group nor any employee of EA Group: (a) is a creditor, equity security holder or an insider of the Debtors; or (b) is or was, within two (2) years before the Petition Date, a director, officer, or employee of any of the Debtors. In addition, none of the EA Group professionals expected to assist the Debtors in these Cases are related or connected to any United States Bankruptcy Judge for the District of Columbia, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

12. To check potential connections with the Debtors and other parties in interest in this Case, EA Group searched to determine whether it had any relationships with the entities identified by the Debtors and their representatives as potential parties in interest listed on **Schedule 1** hereto (the "Potential Parties in Interest"). To the extent that this inquiry has revealed that certain Potential Parties in Interest were current or former clients of EA Group within the past three years, these parties have been identified on a list (the "Client Match List") attached hereto as **Schedule 2**.

13. I will make continued inquiries following the filing of the Application to monitor for any matters that might affect its disinterested status. To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of EA Group's

retention are discovered or arise, EA Group will use reasonable efforts to promptly file a supplemental declaration.

14. For the reasons set forth in this Declaration, EA Group believes that it is: (a) a disinterested person as defined in the Bankruptcy Code; and (b) does not hold or represent any interest adverse to the Debtors' estates.

15. Based on all of the foregoing, EA Group is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 7, 2026

*/s/ Lauren P. Berret*

Lauren P. Berret

# SCHEDULE 1

## Potential Parties in Interest

**Debtors:**
Synergy Reorg, LLC
Synergy CHC Corp.
f/k/a Synergy Strips Corp.
f/k/a Oro Capital Corporation
NomadChoice Pty Ltd.
Hand MD Corp.
Synergy CHC Inc.
Synergy CHC Mexico

**Officers/Directors/Managers:**
Jack Ross
Jaime Fickett
Trent MacDonald
Alfred Baumeler
Teresa Thompson
Nitin Kaushal
J. Paul SoRelle
Scott Woodburn (former)

**Lenders**:
ACP Agency, LLC
Acme Credit Partners Fund I, LP
ACME Credit Partners
Peter Eschmann
Sanders Morris LLC
Sanders Morris Harris, Inc.
Don A. Sanders

**Creditors/Notice Parties**:
Agile Distributors
Ahold USA, Inc.
Alabev/Birmingham Beverage
Albertson's LLC
Amazon Advertising Canada Inc.
Amazon Seller Central
Amazon Vendor Central
Amazon.com
Atlantic Beverage Distributors
Avalara
Baass Business Solutions, Inc
BDO (Mexico)
Bell Mobility, Inc.
BJ's Wholesale Club, Inc.
Blackfly Beverage, Co.
C&S Wholesale Grocers
Canada Canning
Cardinal Health
Cedar Advance, LLC
Central Distributors DBA C&M Sales
Chief Media, LLC
Circana, LLC
Club Demonstration Services
Coastal Pacific Food Distributors
Core-mark International
Core-Mark US, LLC
Costco Canada
Costco Mexico
Costco Wholesale
Crane Worldwide Logistics
Crane Worldwide Logistics, LLC
Criteo Canada Corp
Criteo Corp
CVS Pharmacy
Datasite, LLC
Davidson Specialty Foods
Delhaize America
Digital Media Innovations
Eastlink
EG America, LLC
Employment Development Department
Federated Co-Operatives Limited
Fedex
Funnel
Gabriel Brothers, Inc.
Gateway Group, LLC
General Nutrition Corporation
Global Widget
Google, LLC
Grocery Supply Company
Guerrero Santana
GWI
HBC Service Company
Health Food Distributors
H-E-B
HY-VEE
IHerb
Impact Printing & Packaging
Imperial Distributions, LLC
Imperial Distributors Inc.
Indian Nation Wholesale Company
Innomar Strategies

Instacart
KEHE Dist.
Kinsbrae Packaging
Kohl & Frisch Ltd.
Kroger
Lawtons Administration
Lawton's Wholesale
Le Groupe Jean Coutu (PJC) Inc.
LebelPharma Inc.
Loblaws, Inc.
LOGIC-OLOGY LOGISTICS INC.
London Drugs Limited
Mackoul Distributors, Inc.
Mancini Beverage
McKesson Canada
Mckesson Corporation
McMahon Dist. Pharmaceutique Inc.
Meijer
Menasha Packaging Canada, LP
Metro Ontario Inc.
Mid-State Beverage Co.
Multi-Pak Packaging
North Sebago Storage
Notified
Pharmasave Drugs (National) Ltd.
ProTab Laboratories
Rithum Corporation
Shoppers Drug Mart, Inc.
Sobeys Administration
Stryder Distribution, Ltd.
Sunlife Insurance
TingleMerrett LLP Barristers & Solicitor
TJX Canada
UPS Canada
Walmart Canada Corp

**Insurers/Brokers**:
Anthem Blue Cross and Blue Shield
Scott Insurance
Hanover Insurance Group
North Carolina Mutual

**Professionals**:
The VerStandig Law Firm
Nelson Mullins Riley & Scarborough LLP
RBSM, LLP

**Judges and Staff for the US Bankruptcy Court for the District of Columbia**:
Honorable Elizabeth L. Gunn
Honorable S. Martin Teel, Jr.
Angela D. Caesar
Michael Wint
Jean-Claude Douyon
Aimee Mathewes
Renee Jackson
Megan Bleskoski
Claude Alde

**United States Trustee and Staff for the District of Columbia:**
Kristen S. Eustis
Michael T. Freeman
Kenneth N. Whitehurst, III
Kathryn R. Montgomery
Margaret K. Garber

**Taxing Authorities**:
Australian Taxation Office
California Dept. of Tax and Fees
Canada Revenue Agency
City of Westbrook
Comptroller of Maryland
Delaware Division of Revenue
Internal Revenue Service
Louisiana Dept. of Revenue
Massachusetts Dept. of Revenue
Nevada Department of Taxation
Ohio Department of Taxation
Revenu Quebec
Revenue of Quebec
State of Florida
State of Indiana
State of Maine
State of New Hampshire
State of New Jersey
State of New York
State of Pennsylvania
State of Texas
Tax Administration Service (Mexico)
Washington State Dept. of Revenue

**Other**:
NASDAQ
Gowan Properties
Kenek Brands
Knight Therapeutics
NAB Connect
Banc of California
Paypal
TD Bank
Royal Bank of Canada

**SCHEDULE 2**

**Client Match List**

EA Group[2] has the following connections to other parties-in-interest in matters unrelated to these cases:

- The VerStandig Law Firm
- Nelson Mullins Riley & Scarborough LLP
- C&S Wholesale Grocers
- Costco Wholesale
- Datasite, LLC
- KEHE Dist.
- Instacart

EA Group provided certain consulting services to Synergy CHC Corp. pursuant to an engagement letter dated September 2022, including services performed at the direction of and in connection with counsel to Synergy CHC Corp. That engagement concluded in or around November 2023.

EA Group was subsequently re-engaged by Synergy CHC Corp. in November 2024 to provide limited accounting and consulting services. That engagement was limited in duration and concluded shortly thereafter. The services provided in connection with these prior engagements were unrelated to EA Group's current engagement, and no amounts remain due or owing to EA Group in connection with either prior engagement.

[2] EisnerAmper LLP ("EisnerAmper") and EA Group are independently owned firms that practice in an alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable law, regulations, and professional standards. EisnerAmper is a licensed CPA firm that provides attest services, and EA Group and its subsidiaries provide tax and business consulting services. EA Group and its subsidiary entities are not licensed CPA firms.