FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708

Maurice VerStandig

,

Work Order #: NV260901N00157
09/01/2026 12:55 PM

Receipt Version: 1

**Special Handling Instructions:**

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| UCC11 | UCC Certification | | 09/01/2026 12:55 PM | APPROVED | 7 | $ 20.00 | $ 140.00 |
| UCC11 | UCC Copies | | 09/01/2026 12:55 PM | APPROVED | 7 | $ 2.00 | $ 14.00 |
| | CC Service Fee | | | | 1 | $ 3.85 | $ 3.85 |
| Total | | | | | | | $ 157.85 |

**Payments**

| Type | Payment Confirmation Number | Payment Status | Amount |
|---|---|---|---|
| CARD | 7882925235906422903866 | SUCCESS | $157.85 |
| Total | | | $157.85 |

**Credit Balance:** $ 0.00

Maurice VerStandig

,

FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775)-684-7141

# Certified Copies Certificates

09/01/2026

**Work Order Number:** NV260901N00157
**Expedite:** None
**Through Date:** 08/28/2026

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the above Through Date.

## Search Criteria

**Debtor Name:** SYNERGY CHC
**Lien Type:** UCC Lien
**Lien Status:** Unlapsed

| Filing #: | Filing Type: | Page Count: |
|---|---|---|
| 2022251439-6 | UCC-1 - Initial Financing Statement | 1 |
| 2025478237-8 | UCC-3 - Termination | 1 |

FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775)-684-7141

# Certified Copies Certificates

09/01/2026

**Work Order Number:** NV260901N00157
**Expedite:** None
**Through Date:** 08/28/2026

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the above Through Date.

## Search Criteria

**Debtor Name:** SYNERGY CHC
**Lien Type:** UCC Lien
**Lien Status:** Unlapsed

| Filing #: | Filing Type: | Page Count: |
|---|---|---|
| 2022251440-2 | UCC-1 - Initial Financing Statement | 1 |
| 2025478239-6 | UCC-3 - Termination | 1 |

FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775)-684-7141

# Certified Copies Certificates

09/01/2026

**Work Order Number:** NV260901N00157
**Expedite:** None
**Through Date:** 08/28/2026

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the above Through Date.

## Search Criteria

**Debtor Name:** SYNERGY CHC
**Lien Type:** UCC Lien
**Lien Status:** Unlapsed

| Filing #: | Filing Type: | Page Count: |
|---|---|---|
| 2024402520-9 | UCC-1 - Initial Financing Statement | 1 |
| 2025480532-6 | UCC-3 - Termination | 1 |

FRANCISCO V. AGUILAR
NEVADA
SECRETARY of STATE

401 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775)-684-7141

# Certified Copies Certificates

09/01/2026

**Work Order Number:** NV260901N00157
**Expedite:** None
**Through Date:** 08/28/2026

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division, as of the above Through Date.

## Search Criteria

**Debtor Name:** SYNERGY CHC
**Lien Type:** UCC Lien
**Lien Status:** Unlapsed

| Filing #: | Filing Type: | Page Count: |
|---|---|---|
| 2025478218-3 | UCC-1 - Initial Financing Statement | 1 |

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Karie Rankine 919-329-3921**

B. E-MAIL CONTACT AT FILER (optional)
**karie.rankine@nelsonmullins.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**Nelson Mullins Riley & Scarborough LLP**
**4140 Parklake Avenue, Suite 200**
**Raleigh, NC 27612, USA**

| Filed in the Office of | Initial Filing Number **2022251439-6** |
|---|---|
| Barbara K. Cegavske (signature) | Filed On **July 7, 2022 02:21 PM** |
| Secretary of State<br>State Of Nevada | Number of Pages **1** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**SYNERGY CHC CORP.**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **865 SPRING STREET** | **WESTBROOK** | **ME** | **04092** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**KNIGHT THERAPEUTICS INTERNATIONAL, SA FORMERLY KNOWN AS KNIGHT THERAPEUTICS (BARBADOS) INC.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **ATTN: ANDREW C. FERREIRA CHANCERY HOUSE, HIGH STREET** | **BRIDGETOWN, ST. MICHAEL** | **XX** | **BB11128** | **BRB** |

4. COLLATERAL: This financing statement covers the following collateral:

**ALL ASSETS OF THE DEBTOR NOW OR HEREINAFTER ACQUIRED.**
**PLEASE SEND COPY OF ANY NOTICE SENT TO SECURED PARTY TO:**
**DAVIES WARD PHILLIPS & VINEBERG LLP**
**900 THIRD AVENUE, 24TH FLOOR**
**NEW YORK, NY 10022**
**ATTN: HILLEL W. ROSEN**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Alesha Wright 614-454-1558**

B. E-MAIL CONTACT AT FILER (optional)
**awright@spinationwide.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**SPI Corporate Solutions**
**524 S. 2ND STREET SUITE 505**
**Springfield, IL 62701, USA**

| Filed in the Office of | Filing Number **2025478237-8** |
|---|---|
| Secretary of State<br>State Of Nevada | Initial Filing Number **2022251439-6** |
| | Filed On **May 30, 2025 01:53 PM** |
| | Number of Pages **1** |

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2022251439-6**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**KNIGHT THERAPEUTICS INTERNATIONAL, SA (FORMERLY KNOWN AS KNIGHT THERAPEUTICS (BARBADOS) INC.)**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**FILED IN NV - DEBTOR: SYNERGY CHC CORP.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Karie Rankine 919-329-3921**

B. E-MAIL CONTACT AT FILER (optional)
**karie.rankine@nelsonmullins.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**Nelson Mullins Riley & Scarborough LLP**
**4140 Parklake Avenue, Suite 200**
**Raleigh, NC 27612, USA**

| Filed in the Office of | Initial Filing Number **2022251440-2** |
|---|---|
| [signature] | Filed On **July 7, 2022 02:21 PM** |
| Secretary of State<br>State Of Nevada | Number of Pages **1** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**SYNERGY CHC CORP.**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **865 SPRING STREET** | **WESTBROOK** | **ME** | **04092** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**KNIGHT THERAPEUTICS INTERNATIONAL, SA FORMERLY KNOWN AS KNIGHT THERAPEUTICS (BARBADOS) INC.**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **ATTN: ANDREW C. FERREIRA CHANCERY HOUSE, HIGH STREET** | **BRIDGETOWN, ST. MICHAEL** | **XX** | **BB11128** | **BRB** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL ASSETS OF THE DEBTOR NOW OR HEREINAFTER ACQUIRED.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Alesha Wright 614-454-1558**

B. E-MAIL CONTACT AT FILER (optional)
**awright@spinationwide.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**SPI Corporate Solutions**
**524 S. 2ND STREET SUITE 505**
**Springfield, IL 62701, USA**

| Filed in the Office of | Filing Number **2025478239-6** |
|---|---|
| [signature] | Initial Filing Number **2022251440-2** |
| Secretary of State State Of Nevada | Filed On **May 30, 2025 01:56 PM** |
| | Number of Pages **1** |

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2022251440-2**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**KNIGHT THERAPEUTICS INTERNATIONAL, SA (FORMERLY KNOWN AS KNIGHT THERAPEUTICS (BARBADOS) INC.)**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**FILED IN NV - DEBTOR: SYNERGY CHC CORP.**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Will Saborio 909-851-6283

B. E-MAIL CONTACT AT FILER (optional)
eng@middesk.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Middesk, Inc.
85 2nd Street, Suite 710
San Francisco, CA 94105, USA

| Filed in the Office of | Initial Filing Number |
|---|---|
| [signature] | 2024402520-9 |
| | Filed On: May 1, 2024 11:15 AM |
| Secretary of State, State Of Nevada | Number of Pages: 1 |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: SYNERGY CHC CORP

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 865 SPRING ST | WESTBROOK | ME | 04092 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: MIDDESK, INC. AS REPRESENTATIVE

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9450 SW GEMINI DR PMB 71516 | BEAVERTON | OR | 97008 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, AND ALL PROCEEDS THEREOF

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
SHOPIFY_FINANCING_440361

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Jay de la Torre 442-218-2550**

B. E-MAIL CONTACT AT FILER (optional)
**fulfillment@middesk.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**Middesk, Inc.**
**85 2nd Street, Suite 710**
**San Francisco, CA 94105, USA**

| Filed in the Office of | Filing Number **2025480532-6** |
|---|---|
| (signature) | Initial Filing Number **2024402520-9** |
| Secretary of State | Filed On **June 5, 2025 01:10 PM** |
| State Of Nevada | Number of Pages **1** |

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2024402520-9**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial ): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**MIDDESK, INC. AS REPRESENTATIVE**
OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**2359231**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Jeffrey Speredelozzi 800-482-1497**

B. E-MAIL CONTACT AT FILER (optional)
**uccteam3@rasi.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
**Registered Agent Solutions, Inc.**
**720 14th Street**
**Sacramento, CA 95814, USA**

| Filed in the Office of | Initial Filing Number **2025478218-3** |
|---|---|
| | Filed On **May 30, 2025 12:04 PM** |
| Secretary of State State Of Nevada | Number of Pages **1** |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **SYNERGY CHC CORP.** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **3 KIMBALL DRIVE** | **STANDISH** | **ME** | **04084** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ACP AGENCY, LLC, AS COLLATERAL AGENT** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **600 LEXINGTON AVENUE, 14TH FLOOR** | **NEW YORK** | **NY** | **10022** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL ASSETS OF THE DEBTOR OF EVERY KIND AND NATURE, WHETHER NOW OWNED OR HEREAFTER ACQUIRED AND WHEREVER LOCATED, AND ALL PROCEEDS AND PRODUCTS THEREOF.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**NEVADA SECRETARY OF STATE**