Maurice B. VerStandig, Esq.
Bar No. MD18071
Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Pending |

**AGENDA FOR FIRST DAY HEARINGS**

Come now the debtors in the above-referenced cases (the "Debtors"), by and through undersigned proposed counsel, pursuant to section IX of the Procedures for Complex Chapter 11 Cases in the District of Columbia, and furnish this agenda for the hearing to be held on September 10, 2026:[2]

1. *Motion for Joint Administration,* ECF No. 6

   - Status: Going forward

   - Filing Party: Debtors

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

[2] Given the nature of first day hearings, this agenda could not be posted by 12:00 pm two business days prior to the hearing. Also, insofar as objections will not come due until the morning of the hearing, it is not definitively known which matters might be contested.

- Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
- Evidence to be offered only if opposed or if necessary to respond to any inquiries from the Court

2. *Motion to Establish Procedures for Interim Professional Compensation*, ECF No. 7

   - Status: Going forward
   - Filing Party: Debtors
   - Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
   - Non-evidentiary

3. *Application to Approve Employment of Lauren P. Berret of Eisner Advisory Group LLC as Chief Restructuring Officer*, ECF No. 8

   - Status: Going forward
   - Filing Party: Debtors
   - Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
   - Testimony of Lauren Berret to be adduced in open court

4. *Motion for Leave to Use Cash Collateral,* ECF No. 9

   - Status: Going forward
   - Filing Party: Debtors
   - Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
   - Testimony of Lauren Berret to be adduced in open court
   - Cash collateral budget (Exhibit A) and certified UCC records (Exhibit B) to be offered

5. *Motion to Utilize FDIC-Insured Depository Accounts*, ECF No. 10

   - Status: Not going forward; 30-day continuance to be requested at hearing
   - Filing Party: Debtors

6. *Motion to Approve Compromise with Jack Ross, ECF No. 11*

- Status: Going forward
- Filing Party: Debtors
- Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
- Testimony of Lauren Berret to be adduced in open court
- Proposed settlement agreement (Exhibit C) to be offered

7. *Motion to Waive Necessity of Claims Agent, to Modify Complex Procedures, and for Entry of Case Management Order,* ECF No. 13

- Status: Going forward
- Filing Party: Debtors
- Virtual hearing information obtainable from Gunn_Hearings@dcb.uscourts.gov
- Evidence to be offered only if opposed or if necessary to respond to any inquiries from the Court

*[Signature on Following Page]*

Respectfully submitted,

Dated: September 9, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

Christianna A. Cathcart, Esq.
Bar No. ND0008
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig