**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy Reorg, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-464-ELG<br>26-465-ELG<br>26-466-ELG<br>26-467-ELG<br>26-468-ELG<br>26-469-ELG<br><br>(Joint Administration Pending) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF NICKLOS TANNER FREI**

Pursuant to Local Bankruptcy Rule 2090-1(b), Nicklos Tanner Frei (the "Movant"), respectfully moves (the "Motion") his admission to appear *pro hac vice* in the above-captioned chapter 11 case as counsel for ACP Agency, LLC and Acme Credit Partners, LLC. In support of this Motion, the Movant states as follows:

1. The Movant is an attorney with the law firm of KTBS Law LLP, which maintains an office at 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, telephone: (310) 407-4000, email: tfrei@ktbslaw.com. The Movant is not a member of the Bar of this Court.

2. The Movant is a member in good standing of the State Bar of California; the Bar of the State of Colorado, and the Utah State Bar.

3. During the two years immediately preceding the filing of this Motion, Movant has not applied to be admitted *pro hac vice* in this Court.

4. The Movant has never been disciplined by any bar.

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

5. The Movant is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

7. The $100 fee for admission *pro hac vice* will be paid electronically through the Court's CM/ECF system.

Dated: September 14, 2026

**KTBS LAW LLP**

/s/ *Nicklos Tanner Frei*

Nicklos Tanner Frei
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: tfrei@ktbslaw.com

*Counsel for ACP Agency, LLC and Acme Credit Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I served the foregoing *Motion for Admission Pro Hac Vice of Nicklos Tanner Frei* on those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/ *Nicklos Tanner Frei*
Nicklos Tanner Frei