**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy Reorg, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-464-ELG<br>26-465-ELG<br>26-466-ELG<br>26-467-ELG<br>26-468-ELG<br>26-469-ELG<br><br>(Joint Administration Pending) |

**DECLARATION OF NICKLOS TANNER FREI**

I, Nicklos Tanner Frei, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion for Admission Pro Hac Vice* (the "Motion"):

1. I am an attorney with the law firm of KTBS Law LLP, which maintains an office at 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, telephone: (310) 407-4000, email: tfrei@ktbslaw.com. I am not a member of the Bar of this Court.

2. I am and have been, a member in good standing of the State Bar of California; the Bar of the State of Colorado, and the Utah State Bar.

3. During the two years immediately preceding the filing of this Motion, I have not applied to be admitted *pro hac vice* in this Court.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

6. I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2026

/s/ *Nicklos Tanner Frei*
Nicklos Tanner Frei