**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Synergy Reorg, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-464-ELG<br>26-465-ELG<br>26-466-ELG<br>26-467-ELG<br>26-468-ELG<br>26-469-ELG<br><br>(Joint Administration Pending) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
***(Nicklos Tanner Frei)***

This court having considered the *Motion for Admission Pro Hac Vice of Nicklos Tanner Frei* (the "Motion") filed by Nicklos Tanner Frei of KTBS Law LLP as counsel for ACP Agency, LLC and Acme Credit Partners, LLC, and his declaration in support thereof, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that Nicklos Tanner Frei is ADMITTED *pro hac vice* to appear in the above-captioned chapter 11 case.

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

**I ASK FOR THIS:**

/s/ *Nicklos Tanner Frei*

Nicklos Tanner Frei
**KTBS LAW LLP**
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: tfrei@ktbslaw.com

*Counsel for ACP Agency, LLC and*
*Acme Credit Partners, LLC*